IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALICIA ANDERSON, | § | |
| | § | No. 74, 2026 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: Court of Common |
| | § | Pleas of the State of Delaware |
| v. | § | |
| | § | C.A. No. CPU6-24-001144 |
| BEBEE HEALTHCARE, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: March 23, 2026
Decided: March 25, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

(1) On February 17, 2026, Alicia Anderson filed a notice of appeal from a Court of Common Pleas order that was dated and docketed on December 19, 2025. The Senior Court Clerk of this Court issued a notice directing Anderson to show cause why the appeal should not be dismissed based on this Court's lack of jurisdiction to consider an appeal directly from the Court of Common Pleas. In response to the notice, Anderson states that she "misunderstood the appellate route, believing it was a direct appeal to the Supreme Court rather than a de novo appeal to the Superior Court."

(2)     This Court does not have jurisdiction to consider an appeal directly from the Court of Common Pleas.[1]  Moreover, Anderson did not file the appeal within thirty days of the order of which she seeks review, and the Court lacks jurisdiction for that reason as well.[2]  In the absence of jurisdiction, the appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] DEL. CONST. art. IV, § 11; *Franklin v. City of Dover Inspection Dep't*, 2022 WL 2942232 (Del. July 25, 2022).
[2] DEL. SUPR. CT. R. 6(a)(i); *Carr v. State*, 554 A.2d 778, 779 (Del. 1989).